UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 2 6 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Morgan Stanley ABS Capital I, Inc. Trust 2003-He2 Mortgage Pass-Through Certificates, Series 2003-He2<br><br>    Plaintiff<br><br>v.<br><br>GLENDA HINOJOSA AND ROY HINOJOSA<br><br>    Defendants | Civil Action No.: 5:19-CV-588-OLG |

## ORDER

On August 15, 2019, Plaintiff filed its Motions for Entry of Default (docket no. 5) and for Default Judgment (docket no. 6). Prior to entry of default, Plaintiff filed its Motion to Withdraw its previously filed motions. Docket no. 7.

It is ORDERED that Plaintiff's Motion to Withdraw (docket no. 7) is GRANTED, and its previously filed Motions for Default (docket no. 5) and for Default Judgment (docket no. 6) are WITHDRAWN. Plaintiff may re-urge such motions should the necessity arise.

**SIGNED** this _26_ day of August, 2019.

ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE