UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Morgan Stanley ABS Capital I, Inc. Trust 2003-He2 Mortgage Pass-Through Certificates, Series 2003-He2<br><br>      Plaintiff<br><br>v.<br><br>GLENDA HINOJOSA AND ROY HINOJOSA<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 5:19-CV-588-OLG<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Pending before the Court is Plaintiff's Motion for Default Judgment (docket no. 6). Plaintiff Deutsche Bank asserts that Defendants were duly served but failed to answer and Plaintiff is now entitled to default judgment based on the record herein.

Plaintiff seeks declaratory relief that will enable Deutsche Bank to foreclose on the real property in question. Under Texas law, standing to foreclose on real property may be shown by proof that the foreclosing party is the owner of the note under common law principles of assignment. The evidence attached to the pleadings herein is insufficient to show that Deutsche Bank is the owner of the note and has standing to foreclose. Thus, the record will need to be supplemented with sufficient evidence and legal arguments to substantiate Deutsche Bank's standing.

Moreover, a return of service signed and completed by the process server must be filed of record to substantiate proof of service. And finally, Deutsche Bank must direct the Court to any

provisions in the security instrument and applicable law that would permit the Court to declare that attorneys fees, prejudgment interest, post judgment interest, and costs are part of the security under the Deed of Trust, as Plaintiff has requested in its motion.

It is therefore ORDERED that Plaintiff's Motion for Default Judgment (docket no. 6) is DENIED without prejudice to re-urging same after the deficiencies noted herein have been addressed.

**SIGNED** this 28th day of April, 2020.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE