FILED
September 11, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-HE2, | § § § § § § § § | |
| Plaintiff, | § | Civil Action No. 5:19-cv-588 |
| v. | § § § | |
| GLENDA HINOJOSA AND ROY HINOJOSA, | § § § | |
| Defendants. | § | |

## FINAL DEFAULT JUDGMENT

Came on to be considered the above-entitled and numbered cause wherein Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2003-HE2 Mortgage Pass-Through Certificates, Series 2003-HE2 ("Plaintiff"), is the Plaintiff and Glenda Hinojosa and Roy Hinojosa ("Defendants") are the Defendants.  Despite having been duly and legally summoned to appear and answer, Defendants failed to appear and answer, and wholly made default on Plaintiff's claims against them.

**I.**

Plaintiff's *Original Complaint* ("Complaint") was served upon the Defendants according to law and returned to the Clerk where it remained on file for the time required by law.  The Court has read the pleadings and the papers on file, and is of the opinion that the allegations of Plaintiff's Complaint have been admitted by Defendants.  The Court further finds that Plaintiff does not seek

monetary damages against the Defendants, but instead seeks certain declarations and a judgment allowing foreclosure of the real property which is the subject of this action.  Therefore,

## II.

In light of the Defendants' default and the nature of Plaintiff's claims, the Court finds as follows:

An event of default has occurred on that certain Promissory Note, executed on or about May 19, 2003 by Glenda Hinojosa and Roy Hinojosa, and payable to Aames Funding Corp., dba Aames Home Loan (hereinafter "Note").

That certain Deed of Trust, dated May 19, 2003, signed by Glenda Hinojosa and Roy Hinojosa and recorded as Document No. 20030131652 in the real property records of Bexar County, Texas (hereafter "Security Instrument"), provides Plaintiff, as the mortgagee of the Security Instrument, in the event of a default on the obligations on the Note, with a first lien security interest on that certain real property commonly known as 4505 Leading Oaks Street, Live Oaks, Texas 78233 ("Property"), and more particularly described as follows:

LOT 12, BLOCK 25, OF LIVE OAK VILLAGE, UNIT 5, PHASE II, AN ADDITION TO THE CITY OF LIVE OAK, BEXAR COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF; RECORDED IN 5970/244, OF THE DEED AND PLAT RECORDS OF BEXAR COUNTY, TEXAS.

It is therefore,

It is **ORDERED, ADJUDGED AND DECREED** that the material allegations of the Complaint be and are deemed admitted as to the Defendants.  It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff is the mortgagee of the Security Instrument.  It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Note, including attorney's fees; pre-judgment interest; post-judgment interest; and costs of court. It is further

**ORDERED, ADJUDGED AND DECREED** that due to event of default on the Note, Plaintiff, or its successors or assigns, may enforce its Security Instrument against the Property through non-judicial foreclosure of the Property as provided in the Security Instrument and Texas Property Code § 51.002. It is further,

**ORDERED, ADJUDGED AND DECREED** that, should Plaintiff proceed with foreclosure on the Property then, the purchaser at the foreclosure sale will be vested with all of Defendants' interest, rights, and title in the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff may further communicate with Defendants, and all third parties reasonably necessary to conduct the foreclosure sale. It is further,

**ORDERED, ADJUDGED AND DECREED** that all costs are to be taxed against the Defendants. It is further,

**ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded attorney's fees and costs, to be determined by subsequent motion pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i). It is further,

**ORDERED, ADJUDGED AND DECREED** that any relief not awarded herein is DENIED.

Signed this  11th  day of   September   2020.

**ORLANDO L. GARCIA**
**CHIEF U.S. DISTRICT JUDGE**