IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-HE2, <br><br>  Plaintiff, <br><br> v. <br><br> **GLENDA HINOJOSA AND ROY HINOJOSA,** <br><br>  Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 5:19-cv-588 |

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2003-HE2 Mortgage Pass-Through Certificates, Series 2003-HE2 ("Plaintiff") files this *Motion for Attorney's Fees* ("Motion"), and respectfully shows the Court:

1. On May 31, 2019, Plaintiff filed its *Original Complaint* against Glenda Hinojosa and Roy Hinojosa seeking an order allowing foreclosure against their interest in certain real property. (ECF Doc. No. 1.)

2. On August 12, 2020, Plaintiff filed its Amended Motion for Default Judgment against Defendants Glenda Hinojosa and Roy Hinojosa (ECF Doc. No. 19.) The Court granted plaintiffs motion and entered default judgment against Defendants on September 11, 2020. (ECF Doc. No. 20.) In its order the Court allowed Plaintiff to submit its request for attorney's fees pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i). (*Id.*).

3. Plaintiff incurred $9,784.50 in reasonable and necessary attorneys' fees in filing and prosecuting Plaintiff's claims to enforce its interest in certain real property as a result of the default under the loan agreement made subject to this suit. *See* **Exhibit A**, Declaration of Mark D. Cronenwett. A true and correct copy of the detailed billing statements showing the attorneys' fees by name, date, and amount is attached hereto as **Exhibit A-2**. Accordingly, in this Motion, Plaintiff requests an award of attorneys' fees in the amount of $9,784.50 that it has incurred in this case.

4. Plaintiff is entitled to attorneys' fees pursuant to Texas Civil Practice and Remedies Code section 38.001 because this suit is to enforce a written contract through foreclosure. *See* TEX. CIV. P. REM. CODE § 38.001(8). Furthermore, the loan contract provides for recovery of reasonable attorneys' fees incurred in pursuit of foreclosure. (*See* ECF Doc. No. 1-1 p. 14, ¶ 9; p.3 ¶2; p. 5, ¶7B).  Plaintiff seeks attorney's fees as an additional debt secured by the subject Security Instrument and not as a personal judgment against the Defendants.

## PRAYER

For these reasons, Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2003-HE2 Mortgage Pass-Through Certificates, Series 2003-HE2 requests that the Court award it its attorneys' fees in the total amount of $9,784.50, to be recovered from as a further obligation owed by them under the Note and Security Instrument made basis of this suit.  Plaintiff also prays for all relief, whether at law or in equity, to which it is justly entitled.

Respectfully submitted,

By: */s/ Samin Hessami*
    **MARK D. CRONENWETT**
    Texas Bar No. 00787303
    mcronenwett@mwzmlaw.com

    **SAMIN HESSAMI**
    Texas Bar No. 24100109
    shessami@mwzmlaw.com

**MACKIE WOLF ZIENTZ & MANN, P. C.**
14160 North Dallas Parkway, Suite 900
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 15, 2020 a true and correct copy of the foregoing document was delivered to the following Defendants in the manner described below:

**Via U.S. Mail**
Glenda Hinojosa
Roy Hinojosa
7505 Leading Oaks Street
Live Oaks, Texas 78233

    */s/ Samin Hessami*
    **SAMIN HESSAMI**