# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-HE2,** | § § § § § § § § | |
| **Plaintiff,** | § § | **Civil Action No. 5:19-cv-588** |
| **v.** | § § | |
| **GLENDA HINOJOSA AND ROY HINOJOSA,** | § § § | |
| **Defendants.** | § § | |

**<u>DECLARATION OF MARK D. CRONENWETT</u>**

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the following statements are true and correct:

1.      "My name is Mark D. Cronenwett. I am over the age of 21 years and am fully competent to make this Declaration.  All statements of fact made herein are true, correct, and within my personal knowledge.

2.      I am an attorney for Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2003-HE2 Mortgage Pass-Through Certificates, Series 2003-HE2 ("Plaintiff").

3.      Plaintiff filed its *Original Complaint* ("Complaint") in this action on May 31, 2019 (ECF Doc. No. 1.)

4.      I am an attorney licensed to practice in the State of Texas and am a member of the bar of the United States District Court for the Western District of Texas. I am currently

managing attorney for the litigation department of the law firm of Mackie Wolf Zientz & Mann, P.C. (MWZM), with offices located in Dallas, Texas and Houston, Texas. I am in good standing with respect to the State Bar of Texas. A true and correct copy of my resume is attached hereto as **Exhibit A-1**.

5.      MWZM was retained by Plaintiff to file this lawsuit to enforce Plaintiff's interest in certain real property as a result of a default under the loan agreement. The legal professionals of MWZM with whom I worked in providing these services are at all relevant times attorneys licensed by the State of Texas, in good standing and experienced in the areas of business, real estate, and commercial litigation practice. Without waiving the attorney-client privilege, the subject matter of the counsel and representation provided to Plaintiff by MWZM legal professionals included, but was not limited to: review and analysis of the loan documents at issue; review and analysis of the history of this matter; preparation and filing of the original complaint; completing service; drafting a request for entry of default; drafting a motion for default judgment; conducting legal research; and multiple conferences with Plaintiff's mortgage servicer regarding all of these items and this matter generally. These activities are set forth in chronological order by name and date on the invoices included with the motion as **Exhibit A-2**. The hours set forth for each activity were actually expended on the topics stated.

6.      The reasonable incurred attorneys' fees are $9,784.50 in filing and prosecuting its Plaintiff's claims to enforce its interest in certain real property as a result of the default under the loan agreement between the parties. The hourly rate charged is $215.00 per hour for attorneys and $95.00 per hour for paralegals and legal assistants.

7.      I have become familiar with the legal services necessary to handle claims based on and the reasonable charges for such legal services in the United States District Court for the Western District of Texas and within the State of Texas.

8.      In considering reasonable attorneys' fees in this case, I have considered the time and labor involved; the difficulty of the issues presented; the experience, reputation, and ability of the attorneys involved in pursuing the claims; the skills requisite to properly conduct the case; customary charges of the Bar and awards in similar cases; and the amount in controversy.

9.      Based upon my knowledge and experience with similar litigation in the state and federal courts in Texas over the last ten years, and applying the facts and factors set out above, it is my opinion that the hourly rate of up to $215.00 per hour for attorneys and $95.00 per hour for paralegals and legal assistants are reasonable and customary, and the sum of $9,784.50 is reasonable attorneys' fees for prosecuting Plaintiff's claims for the enforcement of its interest in certain real property as a result of a default under the loan agreement.

10.     If any party files post-judgment motion, a reasonable fee for Plaintiff would be $2,500.00. If this case is appealed to the Fifth Circuit Court of Appeals, a reasonable fee for the Plaintiff would be an additional $5,000.00."

FURTHER DECLARANT SAYETH NAUGHT.

Signed this September 15, 2020.


_____
**MARK D. CRONENWETT**

# EXHIBIT A-1

# MARK D. CRONENWETT

14160 N. Dallas Parkway, Suite 900 · Dallas, Texas 75254 · (214) 635-2650

PROFESSIONAL
EXPERIENCE

*Mackie Wolf Zientz & Mann, P.C.,* Dallas, Texas, 10/12-present
Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

*Higier Allen & Lautin, P.C.,* Addison, Texas, 1/09-10/12
Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

*Cowles & Thompson, P.C.,* Dallas, Texas, 9/99-1/09
I was an associate until I was made a Shareholder in December 2000. Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

*Fanning, Harper & Martinson, P.C.,* Dallas, Texas 9/98-9/99
I was an associate in the firm's governmental defense section. Practice areas: defense of governmental entities in civil rights and employment cases. My duties included sitting second chair at trial; drafting and answering discovery; drafting and arguing all varieties of motions; drafting appellate briefs; and attending mediations.

*Kuntz & Bonesio, L.L.P.,* Dallas, Texas 6/97-9/98
I was a litigation associate. Practice areas: commercial litigation, general insurance defense, employment law, and insurance subrogation. My duties included sitting second chair at trial; drafting and answering discovery, drafting and arguing all varieties of motions.

*Texas Court of Appeals, Tenth District,* Waco, Texas, 10/94-6/97
I was a briefing attorney for Judge Bob Cummings until July 1996 when I was hired as Judge Cummings' permanent staff attorney. I was the principal legal advisor to Judge Cummings; researched and drafted opinions in complex appeals; consulted with other judges on reconciling differences on the correct application of law; prepared drafts of opinions reconciling differences; led discussions of cases at court conferences; supervised interns and more junior legal staff; and handled the Court's motions docket.

*Texas Employment Commission,* Austin, Texas 1/94-10/94
I was a hearing officer, presiding over administrative hearings concerning unemployment compensation and issued written opinions.

EDUCATION

**Juris Doctorate,** 5/93
*Catholic University of America,* Washington D.C.
Associate Moot Court member, 1/91-5/93
Finalist, Dean's Cup Moot Court Competition, 3/91

President and Secretary of Guild of Catholic Lawyers, 5/91-5/93

**B.A. in English Literature**, concentrating in Politics, 5/90
*University of Dallas,* Irving, Texas

PROFESSIONAL
ASSOCIATIONS

Admitted to Texas State Bar, Fifth Circuit, and all Texas Federal District Courts;
Member of the Dallas Bar Association; Consumer Law and Civil Appellate Sections of
the Texas Bar; Federal Bar Association; Immediate Past President, St. Thomas More
Society; Pro Bono Counsel to White Rose Women's Center

# EXHIBIT A-2

| Invoice Date |
|---|
| 12/26/2018 |

Invoice Number

### Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

### INVOICE

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No:
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 12/11/2018 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Review new matter. | | | | | |
| 12/12/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $215.00 | 0.80 | $172.00 |
| Conducted initial review of file for referral to conduct judicial foreclosure. | | | | | |
| 12/13/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $215.00 | 0.10 | $21.50 |
| Reviewed file to determine whether necessary notices have been provided. | | | | | |
| 12/13/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.40 | $38.00 |
| Paralegal Fee-Hourly | | | | | |
| 12/14/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed the change in status of the foreclosure file and assessed future action. | | | | | |
| 12/20/2018 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed file for foreclosure status change and assessed future action. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $403.50 |
| Current Amount Due | $403.50 |
| Payments Received | $0.00 |
| **Total Amount Due** | **$403.50** |



| Invoice Date | | Invoice Number |
|---|---|---|
| 04/03/2019 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

### INVOICE

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No:
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 12/26/2018 | Paralegal Fee-Hourly-Recoverable Escobedo, Rosalie | Yes | $95.00 | 0.20 | $19.00 |
| Worked attorney review step and reviewed the case for the purpose of moving the file forward. | | | | | |
| 02/04/2019 | Paralegal Fee-Hourly-Recoverable Escobedo, Rosalie | Yes | $95.00 | 0.20 | $19.00 |
| Reviewed case status for the purpose of moving the file forward. | | | | | |
| 02/04/2019 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Research to confirm status of loan mod | | | | | |
| 02/14/2019 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed file for change in foreclosure status and assessed next steps. | | | | | |
| 03/19/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $95.00 | 0.50 | $47.50 |
| Conduct military and bankruptcy searches on Glenda and Roy Hinojosa now that MOD hold has been removed and proceed instructions were received | | | | | |
| 03/19/2019 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed file for change in foreclosure status and assessed next steps. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $190.50 |
| Current Amount Due | $190.50 |
| Previous Balance | $403.50 |
| Payments Received | $403.50 |
| **Total Amount Due** | **$190.50** |

| Invoice Date | Invoice Number |
|---|---|
| 04/30/2019 | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No: ████████
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 04/18/2019 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed file to prepare transition materials. | | | | | |
| 04/19/2019 | Paralegal Fee-Hourly-Recoverable Escobedo, Rosalie | Yes | $95.00 | 0.20 | $19.00 |
| Reviewed case status for the purpose of moving the file forward. | | | | | |
| 04/24/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Researched matter for any upcoming deadlines and next steps. Original petition has yet to be drafted. | | | | | |
| 04/26/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.50 | $107.50 |
| Review file notes to determine status of hold - removed - proceed with drafting complaint. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $217.00 |
| Current Amount Due | $217.00 |
| Previous Balance | $594.00 |
| Payments Received | $594.00 |
| **Total Amount Due** | **$217.00** |



| Invoice Date |
|---|
| 05/15/2019 |

**Invoice Number**

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No: ████████
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 05/08/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.40 | $86.00 |
| Review loan documents in preparation for drafting original complaint. | | | | | |
| 05/08/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 1.00 | $215.00 |
| Draft plaintiff`s original complaint. | | | | | |
| 05/08/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.40 | $86.00 |
| Prepare exhibits to be attached to plaintiff`s original complaint. | | | | | |
| 05/08/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Prepare certificate of interested parties. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $451.50 |
| Current Amount Due | $451.50 |
| Previous Balance | $811.00 |
| Payments Received | $811.00 |
| **Total Amount Due** | **$451.50** |

| Invoice Date | | Invoice Number |
|---|---|---|
| 05/29/2019 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No: ▇▇▇▇▇▇
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 05/20/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| review notice in change in foreclosure status. | | | | | |
| 05/21/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review file - pending preparation of exhibits for filing of petition. | | | | | |
| 05/23/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.60 | $57.00 |
| Requested current payoff figures good through 30 days. | | | | | |
| 05/28/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Receipt and review current payoff figures. Notified attorney. | | | | | |
| 05/28/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Evaluate payoff quote | | | | | |
| 05/28/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Finalize original complaint with payoff information and request preparation for filing. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $252.50 |
| Current Amount Due | $252.50 |
| Previous Balance | $1,262.50 |
| Payments Received | $1,262.50 |
| **Total Amount Due** | **$252.50** |

| Invoice Date | | Invoice Number |
|---|---|---|
| 06/18/2019 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ▓▓▓▓▓▓▓▓
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 05/31/2019 | Court Costs for filing federal complaint.- Recoverable | Yes | $400.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 05/30/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 1.10 | $104.50 |
| Prepared and redacted exhibits in support of Original Complaint. | | | | | |
| 05/30/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Drafted request for Summons on both Defendants. | | | | | |
| 05/30/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Prepared request for summons in support of Original Complaint. | | | | | |
| 05/31/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Prepared Original Complaint and supporting documents for federal filing. | | | | | |
| 05/31/2019 | Paralegal Fee-Hourly-Recoverable Cruz, Alma | Yes | $95.00 | 0.20 | $19.00 |
| Drafted and prepared civil cover sheet for complaint filing. | | | | | |
| 05/31/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review documents for filing. | | | | | |
| 05/31/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and revise complaint | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Costs Since Last Billing | $400.00 |
| Total Hourly Fees Since Last Billing | $314.00 |

| Invoice Date | | Invoice Number |
|---|---|---|
| 06/27/2019 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:▓▓▓▓▓▓▓
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 06/19/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review file for status - inquire about status of process on defendants. | | | | | |
| 06/19/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Receipt and review issued summons for defendants Roy and Glenda Hinojosa | | | | | |
| 06/19/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Correspondence requesting service of summons on both defendants Roy and Glenda Hinojosa. | | | | | |
| 06/24/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Review and confirm completion of personal service by process server on defendant Glenda Hinojosa. | | | | | |
| 06/24/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Review and confirm completion of personal service by process server on defendant Roy Hinojosa | | | | | |
| 06/25/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review for status of service. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $209.50 |
| Current Amount Due | $209.50 |
| Previous Balance | $2,229.00 |
| Payments Received | $1,515.00 |
| **Total Amount Due** | **$923.50** |

| Invoice Date | | Invoice Number |
|---|---|---|
| 07/22/2019 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ▮▮▮▮▮▮▮▮
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 07/02/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Receipt and review file stamped return of service from process server for both Defendants Glenda and Roy Hinojosa. | | | | | |
| 07/09/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to correspondence regarding rule 11 agreement with borrower to extend deadline to respond by 30-days. | | | | | |
| 07/09/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
| Telephone conference with borrower regarding his desire for loss mitigation and agreement to extend answer deadline | | | | | |
| 07/18/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Review matter and provided details request for foreclosure hold request. | | | | | |
| 07/18/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to correspondence from foreclosure. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $229.00 |
| Current Amount Due | $229.00 |
| Previous Balance | $2,438.50 |
| Payments Received | $1,515.00 |
| **Total Amount Due** | **$1,152.50** |

| Invoice Date |
|---|
| 08/23/2019 |

**Invoice Number**

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No ███████
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 06/22/2019 | Process Server Costs- Recoverable | Yes | $169.50 |
| 06/22/2019 | Process Server Costs- Recoverable | Yes | $109.50 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 07/22/2019 | Associate Attorney Fee-Hourly- Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review for status of MDJ for defendants. July 12 plus 30 day extension -> August 11. | | | | | |
| 07/31/2019 | Paralegal Fee-Hourly- Recoverable Escobedo, Rosalie | Yes | $95.00 | 0.20 | $19.00 |
| Review case status for the purpose of moving the file forward. | | | | | |
| 07/31/2019 | Paralegal Fee-Hourly- Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing correspondence regarding defendant in loss mitigation and agreed extension for an answer. | | | | | |
| 08/02/2019 | Associate Attorney Fee-Hourly- Recoverable Hessami, Samin | Yes | $215.00 | 0.10 | $21.50 |
| Calendar reminder to prepare motion for summary judgment. | | | | | |
| 08/12/2019 | Paralegal Fee-Hourly- Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.30 | $28.50 |
| Review of scorecard rebuttal for service of process, updated service complete date and rebuttal. Forwarded to compliance for review. | | | | | |
| 08/12/2019 | Associate Attorney Fee-Hourly- Recoverable Hessami, Samin | Yes | $215.00 | 0.80 | $172.00 |
| Prepare motion for default judgment and proposed order. | | | | | |
| 08/14/2019 | Senior Attorney Fee-Hourly- Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review military and bankruptcy search results. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |

| Invoice Date | Invoice Number |
|---|---|
| 09/10/2019 | ███ |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ███
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 08/12/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.40 | $86.00 |
| Prepare declaration of military status and service. | | | | | |
| 08/12/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.70 | $150.50 |
| Prepare request for clerk`s entry of default and proposed order. | | | | | |
| 08/13/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Attention to case status update for next steps in litigation. | | | | | |
| 08/14/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Requested military and bankruptcy searches. | | | | | |
| 08/14/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Prepared exhibits in support of Motion for default. | | | | | |
| 08/14/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review default documents prepared for filing. | | | | | |
| 08/15/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared Motion for default and supporting documents for filing. | | | | | |
| 08/15/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review correspondence regarding an extension for defendant`s response. | | | | | |
| 08/15/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.60 | $57.00 |
| Drafted Motion to withdraw default. Submitted to attorney for review. | | | | | |
| 08/15/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Attention to correspondence regarding extension of deadline to file an answer. | | | | | |

| 08/15/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.40 | $86.00 |
|---|---|---|---|---|---|
| Telephone conference with borrower regarding status of loss mitigation and agreement to provide him with two weeks to answer | | | | | |
| 08/16/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review for status of loan modification. | | | | | |
| 08/20/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review reinstatement figures. | | | | | |
| 08/20/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Drafted Reinstatement figures and prepared letter. | | | | | |
| 08/28/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review order granting motion to withdraw. | | | | | |
| 08/28/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review court`s order granting motion to withdraw. | | | | | |
| 08/28/2019 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review order of withdrawal | | | | | |
| 08/30/2019 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $95.00 | 0.30 | $28.50 |
| Telephone conference with Roy Hinojosa regarding the reinstatement quote he received and the letter of denial on the loan modification from PHH | | | | | |
| 09/02/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to voicemail from Defendant #210.840.2349 | | | | | |
| 09/04/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review file and prepare case status update for next steps in litigation. | | | | | |
| 09/06/2019 | Paralegal Fee-Hourly-Recoverable Escobedo, Rosalie | Yes | $95.00 | 0.10 | $9.50 |
| Reviewed case status for the purpose of moving the file forward. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $1,090.00 |
| Current Amount Due | $1,090.00 |
| Previous Balance | $3,299.50 |
| Payments Received | $3,299.50 |
| **Total Amount Due** | **$1,090.00** |



| Invoice Date | | Invoice Number |
|---|---|---|
| 11/18/2019 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 09/13/2019 | Associate Attorney Fee-Hourly-Recoverable Smith, Jonathan | Yes | $215.00 | 0.20 | $43.00 |
| Reviewing status of file for borrower`s reinstatement of loan. | | | | | |
| 09/24/2019 | Associate Attorney Fee-Hourly-Recoverable Smith, Jonathan | Yes | $215.00 | 0.20 | $43.00 |
| Reviewing status of settlement. | | | | | |
| 10/04/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review payoff request. | | | | | |
| 10/04/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Prepared Payoff statement. | | | | | |
| 10/04/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review reinstatement request. | | | | | |
| 10/04/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Prepared reinstatement letter. | | | | | |
| 10/08/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review request for payoff. | | | | | |
| 10/08/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt an review payoff figures. | | | | | |
| 10/08/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Prepared Payoff statement. | | | | | |
| 10/09/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review approved pay off figures. | | | | | |

| 10/09/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
|---|---|---|---|---|---|
| Attention to status of loss mitigation hold. | | | | | |
| 10/14/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing correspondence regarding pending reinstatement per mr. Hinojosa. | | | | | |
| 10/15/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Telephonic correspondence regarding payoff figures submitted via fax on October 8th. | | | | | |
| 10/17/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Requested additional payoff figures. | | | | | |
| 10/17/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Additional correspondence regarding pending payoff quote with Mr. Hinojosa. | | | | | |
| 10/18/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review current payoff figures. | | | | | |
| 10/18/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Prepared Payoff statement. | | | | | |
| 10/18/2019 | Senior Attorney Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Telephonic correspondence regarding payoff statement being emailed and mailed to borower. | | | | | |
| 10/18/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review file to determine if borrower has reinstated loan/paid off debt. | | | | | |
| 10/30/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review Order for Discovery submitted by the court. | | | | | |
| 10/30/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Submit correspondence to borrower regarding court`s order to proceed with case and seeking status of loan payoff. | | | | | |
| 10/31/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| receipt and review upcoming discovery deadlines. | | | | | |
| 11/01/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Telephonic conversation with Roy Hinojosa. | | | | | |
| 11/01/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence requesting reinstatement figures. | | | | | |
| 11/01/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence requesting current payoff figures. | | | | | |
| 11/05/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| receipt and review current payoff figures. | | | | | |
| 11/05/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review reinstatement figures. | | | | | |
| 11/05/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Prepared payoff statement. | | | | | |

| 11/07/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
|---|---|---|---|---|---|
| Prepare advisory to the court. | | | | | |
| 11/15/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review status of reinstatement. | | | | | |
| 11/18/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to case status report. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $1,147.50 |
| Current Amount Due | $1,147.50 |
| Previous Balance | $4,389.50 |
| Payments Received | $4,389.50 |
| **Total Amount Due** | **$1,147.50** |



| Invoice Date |
| --- |
| 12/16/2019 |

Invoice Number

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:█████████
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

Loan Type: CONV; Case Type: Litigation; Filing Date: ; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
| --- | --- | --- | --- | --- | --- |
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 11/24/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.10 | $21.50 |
| Review for status of reinstatement. | | | | | |
| 12/04/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Follow up with borrower. | | | | | |
| 12/04/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review matter for steps completed and attention to next steps in litigation. | | | | | |
| 12/05/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Telephone call from borrower regarding status of loan. | | | | | |
| 12/05/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Submit correspondence to confirm loan modification. | | | | | |
| 12/11/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Follow up on status verification of loan modification application. | | | | | |
| 12/11/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.10 | $21.50 |
| Attention to status report. | | | | | |
| 12/11/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Submit denial letter to borrower. | | | | | |
| 12/12/2019 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Receipt and review loss mitigation hold. notified attorney. | | | | | |
| 12/12/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to correspondence from foreclosure. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $458.50 |
| Current Amount Due | $458.50 |
| Previous Balance | $5,537.00 |
| Payments Received | $4,389.50 |
| **Total Amount Due** | **$1,606.00** |



| Invoice Date | | Invoice Number |
|---|---|---|
| 01/24/2020 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No: ▉▉▉▉▉▉▉
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

MWZM Case No.: 18-001136-670-2; Loan Type: CONV; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 12/18/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review status of hold. | | | | | |
| 12/26/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Submit follow up to Mr. Hinojosa. | | | | | |
| 12/31/2019 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review file, notes, status and prepare case report for next step in litigation. | | | | | |
| 01/09/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Correspondence to borrower to follow up on loan modification/reinstatement/payoff. | | | | | |
| 01/14/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to status of loss mitigation hold. | | | | | |
| 01/16/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.40 | $38.00 |
| Review and correspond regarding loss mitigation appeal period. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $274.50 |
| Current Amount Due | $274.50 |
| Previous Balance | $5,995.50 |
| Payments Received | $5,995.50 |
| **Total Amount Due** | **$274.50** |

| Invoice Date | | Invoice Number |
|---|---|---|
| 04/17/2020 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:▓▓▓▓▓▓▓▓▓
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

MWZM Case No.: 18-001136-670-2; Loan Type: CONV; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 01/29/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review file, notes, and prepare case status update for next steps in litigation. | | | | | |
| 02/05/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to case status report. | | | | | |
| 02/19/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Check status of loss mitigation workout. | | | | | |
| 02/21/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Exchange electronic correspondence with court clerk regarding status of loss mitigation. | | | | | |
| 02/23/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review judge`s comments regarding status of case. | | | | | |
| 02/23/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| prepare advisory for the court and request filing.. | | | | | |
| 02/24/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared advisory to the court for filing. | | | | | |
| 02/26/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review executed order. | | | | | |
| 02/27/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review court`s order administratively closing the case in light of loss mitigation. | | | | | |
| 02/27/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.10 | $21.50 |
| Attention to inventory report. | | | | | |

| 03/12/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
|---|---|---|---|---|---|
| Attention to status report. | | | | | |
| 03/20/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Check status of loss mitigation. | | | | | |
| 03/26/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.40 | $86.00 |
| Prepare chronology of foreclosure and litigation events. | | | | | |
| 03/30/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review case, deadlines, status of litigation, and prepare notes for next steps. | | | | | |
| 04/02/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to status report. | | | | | |
| 04/02/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Review matter to confirm hold removal. | | | | | |
| 04/03/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.80 | $172.00 |
| Draft motion to re-open case and reconsider motion for default judgment and proposed order. | | | | | |
| 04/03/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $95.00 | 0.10 | $9.50 |
| Review client system to determine if any holds are in place prior to filing motion to reopen matter and reconsider motion for default judgment | | | | | |
| 04/03/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $95.00 | 0.20 | $19.00 |
| Finalize motion to reopen case and reconsider motion for default judgment | | | | | |
| 04/03/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $95.00 | 0.20 | $19.00 |
| Prepare correspondence to borrowers serving the motion to reopen the case and reconsider the motion for default judgment | | | | | |
| 04/03/2020 | Paralegal Fee-Hourly-Recoverable Taplin, Susan | Yes | $95.00 | 0.40 | $38.00 |
| Conduct military and bankruptcy searches on Roy and Glenda Hinojosa prior to filing motion to reopen case and reconsider motion for default judgment | | | | | |
| 04/09/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review court`s order granting motion to re-open and re-consider motion for default judgment. | | | | | |
| 04/16/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Attention to status report. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $1,131.50 |
| Current Amount Due | $1,131.50 |
| Previous Balance | $6,270.00 |
| Payments Received | $6,270.00 |
| **Total Amount Due** | **$1,131.50** |

| Invoice Date |
|---|
| 06/26/2020 |

Invoice Number

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:▮▮▮▮▮▮▮
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

MWZM Case No.: 18-001136-670-2; Loan Type: CONV; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 04/22/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Attention to completing review for aged project. | | | | | |
| 04/23/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review clerk`e entry of default against defendants. | | | | | |
| 04/28/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| receipt and review executed order denying Motion for default Judgment. notified attorney. | | | | | |
| 04/28/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review judge`s stipulations on motion for default judgment. | | | | | |
| 05/05/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to completing correspondence regarding pending order. | | | | | |
| 05/08/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review case and notes to prepare status report for next steps in litigation. | | | | | |
| 05/25/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review status of loan - prepare affidavit and submit to client for execution . | | | | | |
| 06/18/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review court`s request for supplemental documentation in preparation for drafting motion to reconsider default judgment. | | | | | |
| 06/18/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.80 | $172.00 |
| Draft affidavit to prove up standing and submit for preparation for submission for execution. | | | | | |
| 06/18/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 1.30 | $279.50 |

| | | | | | |
|---|---|---|---|---|---|
| Prepared return of service on both defendants for federal filing. | | | | | |
| 06/19/2020 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service. | | | | | |
| 06/23/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Drafted cover letter in reference to affidavit in support of Motion for default. | | | | | |
| 06/23/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.60 | $57.00 |
| prepared and redacted exhibits in support of affidavit for execution. | | | | | |
| 06/23/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review documents prepared for client execution. | | | | | |
| 06/25/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| revised exhibits and supporting documents for client review. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $1,047.50 |
| Current Amount Due | $1,047.50 |
| Previous Balance | $7,401.50 |
| Payments Received | $7,401.50 |
| **Total Amount Due** | **$1,047.50** |



| Invoice Date | |
|---|---|
| 07/31/2020 | |

**Invoice Number**

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:████████
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

MWZM Case No.: 18-001136-670-2; Loan Type: CONV; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 06/26/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review affidavit documents, obtain new copy of deed of trust and re-submit for preparation | | | | | |
| 07/03/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review status of litigation and prepare notes for next steps. | | | | | |
| 07/07/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Attention to exhibit revisions. notified attorney. | | | | | |
| 07/07/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review documents prepared for submission to client. | | | | | |
| 07/07/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Submitted documents for client review and execution in support our Motion to reconsider. | | | | | |
| 07/21/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review executed affidavit. notified attorney, | | | | | |
| 07/22/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review client`s affidavit | | | | | |
| 07/22/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 1.00 | $215.00 |
| Prepare amended motion for default judgment with supplemental documents and evidence for submission to court | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $496.50 |
| Current Amount Due | $496.50 |
| Previous Balance | $8,449.00 |

| Invoice Date | | Invoice Number |
|---|---|---|
| 08/21/2020 | | |

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

MWZM Case No.: 18-001136-670-2; Loan Type: CONV; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 08/07/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review status of litigation and prepare case notes for next steps. | | | | | |
| 08/10/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Attention to completing correspondence regarding Judge`s request and preparing amended judgement. | | | | | |
| 08/10/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Prepared exhibits in support of Amended Motion for Default. | | | | | |
| 08/11/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review documents prepared for filing. | | | | | |
| 08/12/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Prepared Amended Motion for default for federal filing. | | | | | |
| 08/12/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review military and bankruptcy search results. | | | | | |
| 08/14/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Review status of litigation and prepare case notes for next steps. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $276.50 |
| Current Amount Due | $276.50 |
| Previous Balance | $8,945.50 |
| Payments Received | $8,945.50 |
| **Total Amount Due** | **$276.50** |

TIMEKEEPER SUMMARY

| Invoice Date |
|---|
| 09/15/2020 |

Invoice Number

**Mackie Wolf Zientz & Mann, P.C.**
14160 Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

PHH Mortgage Corporation
1Mortgage Way
Mail Stop SV-22
Mt. Laurel, NJ 08054

Loan No:
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670-2

MWZM Case No.: 18-001136-670-2; Loan Type: CONV; Case Type: Litigation; Filing Date: NO; Chapter: NO

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 08/12/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Requested military and bankruptcy search results. | | | | | |
| 08/27/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review status of amended final judgment. | | | | | |
| 09/14/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review notice of entry of judgment | | | | | |
| 09/14/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review executed order granting final judgment. | | | | | |
| 09/15/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.40 | $86.00 |
| Draft motion for attorney`s fees. | | | | | |
| 09/15/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.20 | $43.00 |
| Review order granting default judgment | | | | | |
| 09/15/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Draft declaration for attorney`s fees | | | | | |
| 09/15/2020 | Associate Attorney Fee-Hourly-Recoverable Hessami, Samin | Yes | $215.00 | 0.30 | $64.50 |
| Prepare closing memorandum for submission of file to foreclosure | | | | | |
| 09/15/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.50 | $47.50 |
| Combined exhibits in support of Motion for attorney`s fees. | | | | | |
| 09/15/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.60 | $57.00 |
| Prepared draft Motion for attroeny fees, proposed order prior to filing with the court. | | | | | |

| 09/15/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.20 | $19.00 |
|---|---|---|---|---|---|
| Prepared correspondence to parties regarding Motion for Attorney Fees | | | | | |
| 09/15/2020 | Paralegal Fee-Hourly-Recoverable Alfred, Vanee | Yes | $95.00 | 0.30 | $28.50 |
| Review and prepared matter for closing and submit it to foreclosure to proceed. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Hourly Fees Since Last Billing | $562.50 |
| Current Amount Due | $562.50 |
| Payments Received | $9,222.00 |
| **Total Amount Due** | **$-8,659.50** |



Invoice #: ▮▮▮▮

Invoice Date: 09/15/2020

Loan No: ▮▮▮▮▮
Reference:
Property Addr: 7505 LEADING OAKS STREET
LIVE OAK, TX 78233
Our File: 18-001136-670

| BILLED CASE SUMMARY SINCE INCEPTION | |
|---|---:|
| FEES | $0.00 |
| EXPENSES | $679.00 |
| TIME | $9,105.50 |
| TOTAL | $9,784.50 |

Thank you for the opportunity to be of service.

Please contact invoicing@mwzmlaw.com for any questions or concerns regarding items on this invoice.