IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2003-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-HE2,** | § § § § § § | |
| **Plaintiff,** | § | Civil Action No. 5:19-cv-588 |
| v. | § § | |
| **GLENDA HINOJOSA AND ROY HINOJOSA,** | § § § | |
| **Defendants.** | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES

**CAME ON TO BE CONSIDERED** on this day, the *Motion for Award of Attorney's Fees* ("Motion") of Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2003-HE2 Mortgage Pass-Through Certificates, Series 2003-HE2 ("Plaintiff"), and after consideration of the Motion and the evidence on file, the Court is of the opinion that the Motion should be granted in its entirety. It is therefore,

**ORDERED** that the Motion is GRANTED; it is further,

**ORDERED** that Plaintiff shall have and recover its attorney's fees in the amount of $9,784.50 as a further obligation owed by her under the Note and Security Instrument.

Signed this _____ day of _____ 2020.

_____
**U.S. DISTRICT JUDGE**